IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN BURKE, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 04-CV-191-WDS |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## O R D E R

**STIEHL, District Judge:**

Before the Court is defendants' motion to dismiss for want of prosecution to which plaintiff has not filed a response (Doc. 16). In the motion, the defendants note that plaintiff's deposition was scheduled for March 29, 2007, but that plaintiff did not appear at the scheduled deposition, despite notice having been sent to his last known address.[1]

Upon review of the record, the Court **GRANTS** defendants' motion. This cause of action is, accordingly, **DISMISSED** with prejudice for want of prosecution. Fed. R. Civ. P. 41(b). The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: September 6, 2007.

s/ WILLIAM D. STIEHL
**DISTRICT JUDGE**

---

[1] Plaintiff's complaint was filed while he was incarcerated within the Illinois Department of Corrections. He was subsequently released from custody.